DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Martin v. Martin Bros. Grading<br><br>Case below:<br>158 N.C. App. 503 | No. 396P03 | Defs' PWC to Review the Decision of the COA (COA02-381) | Denied |
| N.C. State Bar v. Rudisill<br><br>Case below:<br>159 N.C. App. 704 | No. 451P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-1159) | Denied |
| National Alliance for the Mentally Ill v. County of Cumberland<br><br>Case below:<br>159 N.C. App. 466 | No. 470PA03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1182) | Allowed<br>**10/20/03** |
| Petho v. Wakeman<br><br>Case below:<br>159 N.C. App. 467 | No. 492P03 | Def's (Shawnee Wakeman) PDR Under N.C.G.S. § 7A-31 (COA02-1338) | Denied |
| State v. Barton<br><br>Case below:<br>159 N.C. App. 467 | No. 511P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1675) | Denied<br><br>**Orr, J., recused** |
| State v. Bellamy<br><br>Case below:<br>159 N.C. App. 143 | No. 452P03 | Def's PWC to Review the Decision of the COA (COA02-1313) | Denied |
| State v. Call<br><br>Case below:<br>Wilkes County Superior Court | No. 341A96-3 | Def's PWC to Review the Order of the Superior Court | Denied |
| State v. Clark<br><br>Case below:<br>160 N.C. App. 250 | No. 502P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1699) | Denied |
| State v. Dammons<br><br>Case below:<br>159 N.C. App. 284 | No. 494P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-625) | Denied<br><br>**Orr, J., recused** |